IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 JAN -6  AM 10: 02
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JACOB WYNN, | ) |
| Plaintiff, | ) |
| v. | ) CV 105-174 |
| AUGUSTA STATE MEDICAL PRISON, FNU LEMON, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** for failure to state a claim on which relief may be granted, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of Defendants.

SO ORDERED this 6th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE